**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **SCOTT DIERING,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **7:06CV5010** |
| **vs.** ) | |
| ) | **ORDER** |
| **REGIONAL WEST MEDICAL CENTER,** ) | |
| ) | |
| **Defendant.** ) | |

    This matter is before the court on plaintiff's motion for leave to file an amended complaint [6]. Upon review of the proposed amended complaint, and upon the representation that opposing counsel has no objection,

    **IT IS ORDERED** that the motion [6] is granted. Plaintiff is given until and including July 17, 2006 to file and serve the amended complaint. Defendant shall respond within the time allowed by Fed. R. Civ. P. 15(a).

    **DATED July 12, 2006.**

                                     **BY THE COURT:**

                                     **s/ F.A. Gossett
United States Magistrate Judge**