IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
SCOTT DIERING,               )
                             )
          Plaintiff,         )      7:06CV5010
                             )
     v.                      )
                             )
REGIONAL WEST MEDICAL        )      ORDER
CENTER,                      )
                             )
          Defendant.         )
_____)
```

This matter is before the Court on plaintiff's motion for extension of time (Filing No. 12). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until August 30, 2006, to respond to defendant's motion to dismiss.

DATED this 3rd day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court