IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT DIERING,<br><br>          **Plaintiff,**<br><br>vs.<br><br>REGIONAL WEST MEDICAL CENTER,<br><br>          **Defendant.** | 7:06CV5010<br><br>ORDER |

      This matter is before the court on defendant's motion for leave to file an amended answer and affirmative defenses [31]. Upon review of the proposed amended pleading, for good cause shown, and upon the representation that opposing counsel has no objection,

      **IT IS ORDERED** that the motion [31] is granted. Defendant is given until and including November 20, 2006 to file and serve the amended answer and affirmative defenses. Plaintiff shall respond, if necessary, within the time allowed by Fed. R. Civ. P. 15(a).

      **DATED November 13, 2006.**

                                                    **BY THE COURT:**

                                                  **s/ F.A. Gossett**
                                                  **United States Magistrate Judge**