## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SCOTT DIERING,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**REGIONAL WEST MEDICAL CENTER,** )<br>)<br>**Defendant.** ) | 7:06CV5010<br><br>ORDER |

Upon review of the proposed Protective Order,

**IT IS ORDERED** that the parties' MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER [41] is granted.  The terms of the stipulated Protective Order attached to Filing [41]  are hereby adopted by the court and shall become effective immediately.

**DATED February 26, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**