IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT DIERING, | ) | Case No. 7:06cv5010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| REGIONAL WEST MEDICAL CENTER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by correspondence from Erin R. Harris, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **August 6, 2007,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Senior District Judge Lyle E. Strom, at strom@ned.uscourts.gov,  a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for September 10, 2007, is cancelled upon the representation that this case is settled.

Dated this 5th day of July 2007.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge