IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SCOTT DIERING, | ) | |
| | ) | |
| Plaintiff, | ) | 7:06CV5010 |
| | ) | |
| v. | ) | |
| | ) | |
| REGIONAL WEST MEDICAL CENTER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 47). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 27th day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court